1 David V. Roth (State Bar No. 194648)
   *dvr@manningllp.com*
2 Elise Dvorochkin (State Bar No. 326360)
   *egd@manningllp.com*
3 **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4 One California Street, Suite 900
   San Francisco, California 94111
5 Telephone: (415) 217-6990
   Facsimile: (415) 217-6999

6

7 Attorneys for Defendants
   RICHARDSON'S BAY REGIONAL AGENCY
   and CURTIS HAVEL

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12 ROBYN LYNN KELLY, | Case No. 20-cv-06791-CRB |
| 13     Plaintiff, | **JOINT STIPULATION TO BE TAKEN OFF PRE-SETTLEMENT CALENDAR;** |
| 14     v. | **[PROPOSED] ORDER** |
| 15 RICHARDSON'S BAY REGIONAL AGENCY; CURTIS HAVEL, | |
| 16     Defendants. | |

17

18     **TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

19     **PLEASE TAKE NOTICE THAT** this request is made by jointly by Defendants

20 RICHARDSON'S BAY REGIONAL AGENCY and CURTIS HAVEL and Plaintiff ROBYN

21 LYNN KELLY by and through their attorneys of record, with reference to the following:

22     **WHEREAS,** Plaintiff filed her Complaint on September 30, 2020;

23     **WHEREAS,** Defendants filed their Answer on October 27, 2020;

24     **WHEREAS,** written discovery has commenced, but has not been completed;

25     **WHEREAS,** Plaintiff's deposition has not been completed;

26     **WHEREAS,** key witness depositions have not been completed;

27     **WHEREAS,** the parties have not gathered sufficient information in order to begin

28 settlement discussions;

**NOW THEREFORE,** Defendants and Plaintiff request that:

1. The matter be taken off of pre-settlement calendar and an initial Case Management Conference be set within ninety (90) days.

DATED: May 26, 2021　　　　**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: ＿＿＿/s/＿＿＿＿＿＿＿＿＿＿
　　David V. Roth
　　Attorneys for Defendants,
　　RICHARDSON'S BAY REGIONAL AGENCY
　　and CURTIS HAVEL

DATED: May 26, 2021　　　　**BERSCHLER ASSOCIATES, PC**

By: ＿＿＿/s/＿＿＿＿＿＿＿＿＿＿
　　Arnold Berschler
　　Attorneys for Plaintiff,
　　ROBYN LYNN KELLY

**[PROPOSED] ORDER**

Having considered the JOINT STIPULATION TO BE TAKEN OFF PRE-SETTLEMENT CALENDAR and finding good cause, IT IS HEREBY ORDERED THAT:

1. The joint request is GRANTED;

2. The Case Management Conference is set for August 13, 2021 at 8:30 a.m. A Joint Case Management Statement due by August 6, 2021.

**IT IS SO ORDERED.**

Date: May 27, 2021

_____
Judge of the United States District Court